# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5296

_____

FRANK DEPINTO,

    Appellant,

v.

ROBIN SHADER and RACHAEL
FILLINGAME,

    Appellees.

_____


On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

February 20, 2019


PER CURIAM.

Because the order sought to be reviewed is neither a final order nor an appealable nonfinal order, this appeal is DISMISSED for lack of jurisdiction. *See* Fla. R. App. P. 9.110 and 9.130.

BILBREY, WINOKUR, and JAY, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————

Frank DePinto, pro se, Appellant.

No appearance for Appellees.